DAVID B. BARLOW, United States Attorney (#13117))
BRADLEY A. JEPPSEN, Special Assistant United States Attorney (#13256)
Attorneys for the United States of America
185 South State Street, Ste. 300 • Salt Lake City, Utah 84111
Telephone: (801) 524-5682 • Facsimile: (801) 325-3387

FILED
U.S. DISTRICT COURT

2014 MAY 28  ⊃ 12: 43

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES BEHREN,<br>DUSTIN SPENCER,<br>DANIEL SMITH, and<br>GEORGE TIERCE,<br><br>Defendants. | I N D I C T M E N T<br><br><br>VIOLATIONS:<br>18 U.S.C. § 922(j), Possession of Stolen Firearms [Count 1];<br>18 U.S.C. § 922(g)(1), Felon in Possession of Firearms [Count 2].<br><br><br>Case: 2:14-cr-00265<br>Assigned To : Waddoups, Clark<br>Assign. Date : 5/28/2014<br>Description: USA v. |

The Grand Jury Charges:

## COUNT 1
18 U.S.C. § 922(j)
(Possession of Stolen Firearms)

Beginning on or about February 27, 2014, and continuing thereafter until March 3, 2014, in the Central Division of the District of Utah,

1

JAMES BEHREN,
DUSTIN SPENCER,
DANIEL SMITH, and
GEORGE TIERCE,

defendants herein, did knowingly receive, possess, conceal, store, barter, sell, and dispose

of one or more of the following stolen firearms, which firearms had been shipped or

transported in interstate commerce, to wit:

- Winchester,  Model 70, 7mm rifle,

- Remington, Model 870 shotgun,

- Winchester, Model 67-22, .22 caliber rifle,

- Winchester, Model WCF, .270 caliber rifle,

- Smith and Wesson, 357 magnum revolver,

- Browning, Model 22/250, .22 caliber rifle,

- Winchester, Model 70, 30.06 caliber rifle,;

- Ithica, 12 gauge shotgun,

- ~~Ruger, Model 10-22, .22 caliber rifle,~~

knowing and having reasonable cause to believe the firearms had been stolen, and did aid

and abet therein; all in violation of 18 U.S.C. §§ 922(j) and 2.


COUNT 2
18 U.S.C. § 922(g)(1)
(Felon in Possession of Firearms)

2

Beginning on or about February 27, 2014, and continuing thereafter until March 3, 2014, in the Central Division of the District of Utah,

JAMES BEHREN,<br>
DANIEL SMITH, and<br>
GEORGE TIERCE,

defendants herein, having been convicted of a crime punishable by imprisonment for more than one year, did knowingly possess in and affecting interstate commerce one or more firearms, to wit: the firearms listed in Count 1 of this Indictment, which list is fully incorporated herein, and did aid and abet therein; all in violation of 18 U.S.C. §§ 922(g)(1) and 2.

A TRUE BILL:

/S/
_____
FOREPERSON OF THE GRAND JURY

DAVID B. BARLOW
United States Attorney


BRADLEY A. JEPPSEN
Special Assistant United States Attorney